**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TODD CHRISTIAN ROBBEN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KATHLEEN ALLISON,<br><br>　　　　　Respondent. | No. 2:21-CV-0721-WBS-DMC-P<br><br>ORDER |

Pending before the Court is Petitioner's request, ECF No. 2, for leave to file documents electronically via the Court's CM/ECF system. Pursuant to Eastern District of California Local Rule 133(b)(2), parties appearing pro se, like Petitioner, must file documents in paper unless a request for leave file electronically is made and granted on reasonable explanation. In his request, Petitioner, who is a parolee, states that he intends to file a petition which he has already prepared in PDF format and which contains indexing, hyperlinks, and other features that cannot be accessed via a paper filing. Petitioner also states that he is without means to print his petition and file it in paper format. The Court finds that Petitioner has established sufficient grounds to be allowed to use the Court's electronic filing system.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that Petitioner's request, ECF No. 2, is granted and Petitioner may file documents electronically via the Court's CM/ECF system.

Dated: August 4, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE