**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TODD CHRISTIAN ROBBEN, | No. 2:21-CV-0721-WBS-DMC-P |
| Petitioner, | |
| v. | ORDER |
| JIM ROBINSON, | |
| Respondent. | |

   Petitioner, a former state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

   On June 22, 2022, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  Timely objections to the findings and recommendations have been filed.

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be largely supported by the record and by proper analysis.  Specifically, the court adopts the recommendation that the first amended petition be dismissed without prejudice to petitioner filing separate petitions challenging each of his prior

convictions. The court declines to adopt the recommendation that the first amended petition be dismissed under Lackawanna County District Attorney v. Coss, 532 U.S. 394 (2001). However, the court cautions petitioner that should he choose to file separate petitions, he must properly allege in those petitions that each prior conviction falls within one of the exceptions set forth by the Lackawanna case.

      Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 22, 2022, are adopted to the extent they are not inconsistent with the reasoning in this Order;

2. Respondent's motion to dismiss, ECF No. 18, is granted;

3. Petitioner's first amended petition, ECF No. 12, is dismissed with leave to amend separate petitions challenging each of his prior convictions; and

4. Petitioner shall file a separate petitions challenging his prior convictions within 30 days of the date of this order.

Dated: October 4, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE