UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| TODD CHRISTIAN ROBBEN, | No. 2:21-CV-0721-WBS DMC P |
| Petitioner, | |
| v. | ORDER |
| JIM ROBINSON, | |
| Respondent. | |

----oo0oo----

Petitioner has moved for reconsideration of the court's order (Docket No. 25) adopting in part the Magistrate Judge's Findings and Recommendations (Docket No. 21). Petitioner has also moved for a certificate of appealability.

The court declines to reconsider its order and declines to issue a certificate of appealability under 28 U.S.C. § 2253(c). While one district court has held that a court may allow a petitioner to challenge multiple convictions from the same state court in a single proceeding (see Sandefur v. Olsen, No. 3:21-cv-00125-MMD-WGC, 2021 WL 5371564 (D. Nev. Oct. 20,

1

1  2021)), the court, in its discretion, will not do so in this
2  case.  See, e.g., Clarke v. Shasta County, Case No. 05-cv-2073
3  LKK PAN P, 2006 WL 1030181 (E.D. Cal. April 29, 2006) (holding
4  that petitioner may not challenge separate convictions of the
5  Shasta County Superior Court in a single proceeding).
6  Accordingly, petitioner's motion to reconsider (Docket No. 26)
7  and request for a certificate of appealability (Docket No. 27)
8  are DENIED.  The court notes that its dismissal of the petition
9  was without prejudice to refiling three separate petitions within
10 thirty days, and that time has not yet expired.
11          IT IS SO ORDERED
12 Dated:  October 12, 2022
                                WILLIAM B. SHUBB
13                              UNITED STATES DISTRICT JUDGE