IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD CHRISTIAN ROBBEN, | No. 2:21-CV-0721-WBS-DMC-P |
| Petitioner, | |
| v. | ORDER |
| KATHLEEN ALLISON, | |
| Respondent. | |

Petitioner, a former state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner's appeal of the Court's October 5, 2022, interlocutory order has been docketed in the Ninth Circuit Court of Appeals. Pending before this Court are Petitioner's motion for a certificate of appealability and in forma pauperis status, ECF No. 31. Given that this matter had been docketed in the appellate court, and because this Court has previously declined to issue a certificate of appealability, Petitioner's motions are denied without prejudice to renewal in the Ninth Circuit.

IT IS SO ORDERED.

Dated: December 20, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1