was

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD CHRISTIAN ROBBEN, | No. 2:21-CV-0721-WBS-DMC-P |
| Petitioner, | |
| v. | ORDER |
| JIM ROBINSON, | |
| Respondent. | |

Petitioner, a former state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the Court is Petitioner's motion, ECF No. 36, for leave to file amended petitions.  For the reasons explained in the Court's prior rulings, see ECF Nos. 21, 25, 29, Petitioner's motion will be denied as unnecessary.[1]  Petitioner has already been granted leave to amend to file three separate amended petitions, one in the current docket and two other new actions if Petitioner so elects.  Therefore, further leave of Court is not necessary.  To the extent Petitioner is concerned about whether his claims remain cognizable following his release from custody, that remains a question to be decided later should the issue be raised in response to any amended petition or new action(s).  Petitioner will be

---

[1] Petitioner has been granted access to the Court's electronic case filing system and has access to the Court's docket for this case.  His current motion cites the Court's docket, and it is apparent that Petitioner is able to effectively access the electronic filings.  The Court, therefor, does not in this order repeat the detailed history for this case and the Court's various rulings as Petitioner is able to access the underling documents on his own and is familiar with the record.

1

granted additional time to comply with the Court's prior orders by filing an amended petition in this action and/or separate new actions.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Petitioner's motion for leave to file amended petitions, ECF No. 36, is DENIED as unnecessary.

2. As explained in the Court's prior rulings at ECF Nos. 21, 25, and 29, the Court sua sponte granted Petitioner an extension of time of 30 days from the date of this order to file an amended petition in this docket and/or file separate new actions.

Dated: November 6, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE