IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD CHRISTIAN ROBBEN, | No. 2:21-CV-0721-WBS-DMC-P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| KATHLEEN ALLISON, | |
| Respondent. | |

Petitioner, a former state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the Court is Petitioner's motion, ECF No. 38, for an extension of time to file an amended petition. Good cause appearing therefor based on Petitioner's declaration indicating the need for additional time to allow for resolution of various issues in state court, Petitioner's motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Petitioner's motion, ECF No. 38, for an extension of time is GRANTED.

2. As explained in the Court's prior rulings at ECF Nos. 21, 25, and 29, Petitioner may file an amended petition in this docket within 30 days of the date of this order.

Dated: December 5, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE