IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD CHRISTIAN ROBBEN,<br><br>    Petitioner,<br><br>    v.<br><br>JIM ROBINSON,<br><br>    Respondent. | No. 2:21-CV-0721-WBS-DMC-P<br><br><br>ORDER |

        Petitioner, a former state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the Court is Petitioner's motion, ECF No. 42, for a 120-day extension of time to file an amended petition.

        On December 16, 2021, Respondent moved to dismiss this action because Petitioner was impermissibly challenging separate convictions in a single petition. See EC No. 18. On October 5, 2022, the District Judge granted Respondent's motion to dismiss and dismissed Petitioner's petition with leave to amend and/or file separate new petitions challenging his various convictions. See ECF No. 25. On October 6, 2022, Petitioner filed a motion for reconsideration of the District Judge's order. See ECF No. 26. On October 9, 2022, Petitioner filed a motion for a certificate of appealability. See ECF No. 27. On October 13, 2022, the District Judge denied both motions. See ECF No. 29. On October 24, 2022, Petitioner filed a notice of appeal and a renewed motion for a certificate of appealability. See ECF Nos. 30 and 31.

On December 20, 2022, the Court denied Petitioner's renewed motion for a certificate of appealability without prejudice to re-filing in the appellate court. See ECF No. 34. On February 21, 2023, the appellate court denied Petitioner's request in that court for issuance of a certificate of appealability. See ECF No. 35.

On June 29, 2023, Petitioner filed a motion for leave to file an amended petition. See ECF No. 36. That motion was denied as unnecessary. See ECF No. 37. The Court sua sponte granted petitioner an extension of time to comply with the District Judge's October 25, 2022, order. See id. On December 4, 2023, Petitioner filed a motion for an extension of time to comply. See ECF No. 38. The Court granted Petitioner's motion on December 6, 2023, and ordered Petitioner to file an amended petition and/or new separate petitions within 30 days. On January 10, 2024, Petitioner filed another request for additional time. See ECF No. 40. The Court granted Petitioner's motion on January 16, 2024, and directed Petitioner to file an amended petition and/or new separate petitions within 30 days. See ECF No. 41.

Petitioner now seeks another 120 days within which to comply with the District Judge's October 25, 2022, order. The Court finds that Petitioner has not stated good cause for a further extension of the deadline first imposed in October 2022.

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for a 120-day extension of time to comply with the District Judge's October 25, 2022, order is DENIED.

Dated: March 4, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE