**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TODD CHRISTIAN ROBBEN, | No. 2:21-CV-0721-WBS-DMC-P |
| Petitioner, | |
| v. | ORDER |
| JIM ROBINSON, | |
| Respondent. | |

Petitioner, a former state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 16, 2024, the Court directed Petitioner to file an amended petition in this action and/or initiate new petitions within 30 days. See ECF No. 41. As of March 18, 2024, Petitioner had not complied, and the Court issued findings and recommendations that this action be dismissed for lack of prosecution and failure to comply with court rules and orders. See ECF No. 44. Petitioner filed objections on March 29, 2024. See ECF No. 45. Petitioner then filed a third amended petition on April 1, 2024. See ECF No. 47. Because Petitioner has now filed his amended petition as directed, the Court will vacate the March 18, 2024, findings and recommendations and direct Respondent to file a response to the third amended petition.

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations issued on March 18, 2024, are VACATED.

2. Respondent shall file a response to Petitioner's third amended petition, ECF No. 47, within 30 days of the date of this order.

Dated: May 16, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE