UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

TODD CHRISTIAN ROBBEN,
Petitioner,
v.
JIM ROBINSON,
Respondent.

No. 2:21-CV-0721 WBS DMC

ORDER

----oo0oo----

Petitioner, a prisoner proceeding pro se, brings this motion for reconsideration of the court's order (Docket No. 59) adopting the findings and recommendation of the Magistrate Judge in full and dismissing this action.

"[A] motion for reconsideration should not be granted, absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law." See Marlyn Nutraceuticals, Inc. v. Mucos Pharma GmbH & Co., 571 F.3d 873, 880 (9th Cir. 2009) (quoting 389 Orange St. Partners v.

Arnold, 179 F.3d 656, 665 (9th Cir.1999)).

After reviewing petitioner's motion, the court does not find that reconsideration is warranted.

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for reconsideration (Docket No. 61) is DENIED.

IT IS SO ORDERED.

Dated: October 1, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE